SCWC-16-0000518

**Electronically Filed
Supreme Court
SCWC-16-0000518
06-JUN-2017
02:25 PM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

S.P. No. 97-004K
H. Isabelle McGarry Trust of March 19, 1971,
Respondent/Judgment-Creditor/Appellee,
v.
Robert Hofelich and Ann Marie Hofelich,
Respondents/Judgment-Debtors/Appellees, and
Jeff Bowden, Bonnie Bowden and South Pacific Scuba Tours, Inc.,
Respondents/Intervenors-Appellees, and
Howard Hofelich,
Petitioner/Applicant-for-Intervention/Appellant.

Jeff Bowden and Bonnie Bowden,
Respondents/Intervenors-Third-Party Plaintiffs/Appellees,
v.
H. Isabelle McGarry Trust of March 19, 1971,
Respondent/Intervention-Third-Party-Defendant/Appellee.

----------------------------------------------------------------

S.P. No. 00-01-0014K
H. Isabelle McGarry Trust of March 19, 1971,
Respondent/Judgment-Creditor/Appellee,
v.
Robert Hofelich and Ann Marie Hofelich,
Respondents/Judgment-Debtors/Appellees.

----------------------------------------------------------------

S.P. No. 00-01-0016K
H. Isabelle McGarry Trust of March 19, 1971,
Respondent/Judgment-Creditor/Appellee,
v.
Robert Hofelich and Ann Marie Hofelich,
Respondents/Judgment-Debtors/Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000518; S.P. Nos. 97-004K; -00-01-0014K; -00-01-0016K)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Applicant-for-Intervention/Appellant Howard Hofelich's applications for writ of certiorari filed on May 3, 4, and 5, 2017, are hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 6, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson